**2013–1619.   State v. Mole.**
Cuyahoga App. No. 98900, 2013-Ohio-3131.

PFEIFER, O'DONNELL, and KENNEDY, JJ., dissent.

**2013–1795.   Infinite Sec. Solutions, L.L.C. v. Karam Properties, I, Ltd.**
Lucas App. No. L–12–1313, 2013-Ohio-4415. Discretionary appeal accepted and cause consolidated with 2013–1671, *Infinite Sec. Solutions, L.L.C. v. Karam Properties I, Ltd.,* 6th Dist. Lucas No. L–12–1313, 2013-Ohio-4415.

O'CONNOR, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

**2013–1932.   In re B.C.**
Clark App. No. 2013–CA–72.

O'DONNELL, LANZINGER, and FRENCH, JJ., dissent.